UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
CHAPTER 13 PLAN (Individual Adjustment of Debts)

DEBTOR: **JAVIER ANTONIO OROZCO**     JOINT DEBTOR: **GEORGINA M. OROZCO**    CASE NO. **09-34626-BKC-RAM**
Last four digits of SS No. 8450          Last four digits of SS No. 2682

**MONTHLY PLAN PAYMENT**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of **60** months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan.

A. **$943.58** for months **1** to **60**, beginning **December 8, 2009**; in order to pay the following creditors:

**Administrative**: Attorney's Fees: $6,000.00; Paid Fees: $2,500.00; Balance Due: $3,500.00; payable $700.00/mo. (Mos. 1 to 5)
**Secured Creditors**: [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**

**NONE**

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3

1. **INDYMAC MORTGAGE (Acct #1009517028)** - The value of the homestead property is $117,625.00. The payoff of the first mortgagee Indymac is $127,466.84. Therefore, as there is no equity after the first mortgage, the second mortgage due to Indymac Mortgage in the amount of $31,512.25 will be stripped off and avoided.

2. **GMAC** - The automobile lease with this creditor for the **2008 SATURN VUE** is assumed and shall be paid outside the Chapter 13 Plan.

**Priority Creditors**: [As defined in 11 U.S.C. Section 507]

**NONE**

**Unsecured Creditors**: Payable: $149.22/mo. (Mos. 1 to 5)& $849.22/mo. (Mos. 6 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date. The Debtor will modify the Chapter 13 Plan to increase the amounts to be paid in to provide for a 100% distribution to allowed unsecured claims.

**OTHER PROVISIONS:** **INDYMAC MORTGAGE (Acct #10095117208)** - The mortgage account with this creditor will be treated outside the Chapter 13 Plan.

Dated: November 21, 2009

THE BANKRUPTCY RESOURCE CENTER
Attorneys for Debtor(s)
10 N.W. LeJeune Road, Suite 620
Miami, FL  33126-5431
(305) **443-4217**
Pleadings@bkclawmiami.com


By /s/
    Michael J. Brooks
    Florida Bar No. 434442


LF-31 (rev. 06/02/08)