UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-34626-BKC-RAM

CHAPTER 13

IN RE:

JAVIER ANTONIO OROZCO
and GEORGINA M. OROZCO,

     Debtors.
_____/

### DEBTORS' OBJECTION TO CLAIM NO. 8 FILED BY ONEWEST BANK FSB,

**This objection seeks either to disallow or reduce the amount or change the priority status of the claim filed by you or on your behalf.  Please read this objection carefully to identify which claim is objected to and what disposition of your claim is recommended.  Upon filing of this objection an expedited hearing on this objection will be scheduled on the date already scheduled for the confirmation hearing in accordance with Local Rule 3007-1(B)(2).**

     Pursuant to Bankruptcy Rule 3007 and Local Rule 3007-1, the [trustee] [debtor(s)] object(s) to the following claim filed in this case.

     The Debtors, JAVIER and GEORGINA OROZCO, by and through their undersigned attorney, object to claim No. 8 filed by Onewest Bank, FSB, 2900 Esperanza Crossing, Austin, TX 78758 and Onewest Bank, FSB, Attn: President, 888 East Walnut Street, Pasadena, CA 91101 and, as a secured claim, in the amount of $135,318.33 with an arrearage amount of $7,111.86, and state:

     1.    This claim should be stricken as this loan is being treated outside the bankruptcy.

The undersigned acknowledges that this objection and the notice of hearing for this objection will be served on the claimant and the Debtor at least 14 days prior to the confirmation hearing date and

that a certificate of service conforming to Local Rule 2002-1(F) must be filed with the Court when the objection and notice of hearing are served.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim was emailed to Nancy Herkert, Trustee at e2c8f01@ch13herkert.com Daniel Consuegra, Esquire at blfo;omg@cpmsiegralaw.com and Anila Rasul, esquire at arasul@kahaneandassociates.com and regular mail to the above addressees this 8th day of March 2010.

        Respectfully submitted,
THE BANKRUPTCY RESOURCE CENTER
    Attorneys for the Debtors
    10 NW LeJeune Rd., Ste. 620
    Miami, FL 33126
    Telephone (305) 443-4217

By:   /s/   Michael A. Frank
       Michael A. Frank
       Florida Bar No: 339075