

ORDERED in the Southern District of Florida on April 14, 2010.

Robert A. Mark, Judge
United States Bankruptcy Court

_____

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-34626-BKC-RAM

CHAPTER 13

IN RE:

JAVIER ANTONIO OROZCO
and GEORGINA M. OROZCO,
    Debtors.
_____/

### ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM NO. 8 FILED BY ONEWEST BANK FSB

THIS CAUSE having come on to be heard at 10:00 a.m., on April 13, 2010, on the Debtors' Objection to Claim 8 filed by Onewest Bank, FSB, this Court having heard argument of counsel and based upon the record, it is,

**ORDERED**:

1. Claim No. 8 filed by Onewest Bank, FSB, as a secured claim, in the amount of $135,318.33 with an arrearage amount of $7,111.86, is STRICKEN from the claims

1

register but shall be allowed without distribution from the Chapter 13 Trustee.

# # #

**Submitted by:**
Michael A. Frank, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

Copies furnished to:
Michael A. Frank, Esquire
Nancy Herkert, Trustee
Daniel Consuegra, Esquire
Anila Rasul, Esquire

    Attorney, Michael A. Frank, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt.