UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-34626-BKC-RAM
CHAPTER 13

IN RE:
JAVIER A. OROZCO
and GEORGINA M. OROZCO,
    Debtors.
                          /

## DEBTORS' OBJECTION TO CLAIM NO. 10 FILED BY CITICORP TRUST BANK A/K/A CITIGROUP INC.

The Debtors, JAVIER and GEORGINA OROZCO, by and through their undersigned attorney, object to claim No. 10, filed by CitiCorp Trust Bank, Post Office Box 140489, Irving, TX 75014-0489, CitiCorp Trust Bank, Post Office 70923, Charlotte, NC 28272-0923 and CitiGroup Inc., Vikram S. Pandit, CEO (U.S. Certified Mail, Receipt No. 70080150000313513018) 399 Park Avenue, New York, NY 10043 , as an unsecured claim in the amount of $813.54 and states:

1. This claim should be stricken and disallowed as this creditor has failed to attach any substantiating backup documentation to support this claim. Further the Debtor's schedule "F" lists an amount due as unknown.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim was emailed to Nancy Herkert, Trustee at e2c8f01@ch13herkert.com and those set forth in the NEF, this 10th day of June 2011 and this Objection and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to the above addressees.

Respectfully submitted,

LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
    & RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217


By   /s/ Michael A. Frank
      Michael A. Frank
      Florida Bar No. 339075