UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-34626-BKC-RAM
CHAPTER 13

IN RE:
JAVIER A. OROZCO
and GEORGINA M. OROZCO,
    Debtors.
                              /

**DEBTORS' OBJECTION TO CLAIM NOS. 4, 9 & 12 FILED BY PRA RECEIVABLES MANAGEMENT, LLC, AS AGENT OF PORTFOLIO RECOVERY ASSOCIATES, LLC,**

        The Debtors, JAVIER and GEORGINA OROZCO, by and through their undersigned attorney, object to claim Nos. 4, 9 & 12, filed by PRA Receiveables Management, LLC, as agent of Portfolio Recovery Associates, Post Office Box 41067, Norfolk, VA 23541, PRA Receiveables Management, LLC, as agent of Portfolio Recovery Associates, Post Office Box 12914, Norfolk, VA 23541, PRA Receivables Management, LLC, Attn: Nrai Services, Inc., Registered Agent, 2731 Executive Park Drive, Suite 4, Weston, FL 33331, Citibank, a/k/a CitiGroup Inc., Attn: Vikram Pandit, CEO, 399 Park Avenue, New York, NY 10043-0001, JPMorgan Chase Bank, N.A., Attn: Jamie Dimon, President, 9441 LBJ Freeway, Suite 350, Dallas, TX 75243 and GE Money Bank, Attn: David R. Nissen, President, 4246 S. Riverboat Road, Suite 200, Salt Lake City, UT 84123 and state:

        1.      Claim 4, as successor in interest to G.E. Money Bank (Paypal Buyer Credit) account ending in 8554, as an unsecured claim, in the amount of $216.46, should be stricken and disallowed as this creditor has failed to attach any substantiating backup documentation or an assignment to support this claim amount.

        2.      Claim 9, as successor in interest to Citibank, account ending in 9540, as an unsecured claim, in the amount of $8,567.79, should be stricken and disallowed as this

creditor has failed to attach any substantiating backup documentation or an assignment to support this claim amount.

3. Claim 12, as successor in interest to Chase Bank USA, N.A., (Washington Mutual) account ending in 8072, as an unsecured claim, in the amount of $6710.72, should be stricken and disallowed as this creditor has failed to attach any substantiating backup documentation or an assignment to support this claim amount.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim was emailed to Nancy Herkert, Trustee at e2c8f01@ch13herkert.com and those set forth in the NEF, this 10th day of June 2011 and this Objection and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to the above addressees.

Respectfully submitted,

LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
& RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217

By   /s/ Michael A. Frank
     Michael A. Frank
     Florida Bar No. 339075