UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-34626-BKC-RAM
CHAPTER 13

IN RE:
JAVIER A. OROZCO
and GEORGINA M. OROZCO,
    Debtors.
_____/

## DEBTORS' OBJECTION TO CLAIM NOS. 13 & 14 FILED BY FIA CARD SERVICES, N.A., A/K/A BANK OF AMERICA, N.A.

    The Debtors, JAVIER and GEORGINA OROZCO, by and through their undersigned attorney, object to claim Nos. 13 & 14, filed by FIA Card Services, N.A., c/o PRA Receivables Management, LLC, Post Office Box 12907, Norfolk, VA 23541 and Bank of America, N.A., Attn: Brian Moynihan, President, (U.S. Certified Mail, Receipt No. 700801500003135130001) 100 N. Tyron Street, Charlotte, NC 28255, and state:

    1.    Claim No. 13, account ending in 2549, as an unsecured claim in the amount of $7,042.77, should be stricken and disallowed as this creditor has failed to attach any substantiating backup documentation to support this claim amount or an assignment.

    2.    Claim No. 14, account ending in 2859, as an unsecured claim in the amount of $9,021.06, should be stricken and disallowed as this creditor has failed to attach any substantiating backup documentation to support this claim amount or an assignment.

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim was emailed to Nancy Herkert, Trustee at e2c8f01@ch13herkert.com and those set forth in the NEF, this 10th day of June 2011 and this Objection and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to the above addressees.

    Respectfully submitted,

LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
& RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217

By   /s/ Michael A. Frank_____
    Michael A. Frank
    Florida Bar No. 339075