UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-34626-BKC-RAM
CHAPTER 13

IN RE:
JAVIER A OROZCO
and GEORGINA OROZCO,
    Debtors.
_____/

**DEBTORS' OBJECTION TO CLAIM NOS. 5 & 6 FILED BY HSBC BANK NEVADA, N.A.,**

    The Debtors, JAVIER and GEORGINA OROZCO, by and through their undersigned attorney, object to claim Nos. 5 & 6 , filed by HSBC Bank Nevada, N.A., c/o PRA Receivables Management, LLC, Post Office Box 12907, Norfolk, VA 23541 and HSBC Bank Nevada, N.A., Attn: Sandy Derickson, President, (U.S. Certified Mail, Receipt No. 70080150000313512998) 1105 N. Market Street, Wilmington, DE 19801, and state:

    1.    Claim No. 5, account ending in 2371, as an unsecured claim, in the amount of $3,010.87, should be stricken and disallowed as this creditor has failed to attach any substantiating backup documentation to support this claim amount.

    2.    Claim No. 6, account ending in 9827, as an unsecured claim, in the amount of $3,773.37, should be stricken and disallowed as this creditor has failed to attach any substantiating backup documentation to support this claim amount.

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of this Objection to Claim was emailed to Nancy Herkert, Trustee at e2c8f01@ch13herkert.com, Patti H. Bass, Esquire at ecf@bass-associates.com and those set forth in the NEF, this 10th day of June 2011 and this Objection and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and regular mail to the above addressees.

    Respectfully submitted,
LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
& RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217

By    /s/ Michael A. Frank_____
    Michael A. Frank
    Florida Bar No. 339075