UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-34626-BKC-RAM
CHAPTER 13

IN RE:
JAVIER A. OROZCO
GEORGINA MALDONADO,
    Debtors.
    _____/

## DEBTORS' OBJECTION TO CLAIM NO. 2 FILED BY CITIBANK N.A., AS TRUSTEE FOR THE STUDENT LOAN CORPORATION BEHALF OF AMERICAN STUDENT ASSISTANCE

The Debtors, JAVIER OROZCO and GEORGINA MALDONADO , by and through their undersigned attorney, object to claim no. 2, filed by American Student Assistance, 100 Cambridge Street, Suite 1600, Boston, MA 02114 and Citibank, N.A., Attn: Vikram Pandit, CEO,399 Park Avenue, New York, NY 10043-0001, as an unsecured claim, in the amount of $16,839.02 and state:

1.    This claim should be stricken as being treated outside the bankruptcy.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Herkert, Trustee @ e2c8f01@ch13herkert.com and those set forth in the NEF, this 22nd day of June 2011 and this Objection and an upcoming notice of Hearing will be served on a separate certificate of service to those set forth in the NEF, this 23rd day of June 2011 and regular mail to the above addresses.

Respectfully submitted,

LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
& RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217

By   /s/ Michael J. Brooks
    Michael J. Brooks
    Florida Bar No. 434442