UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-34626-BKC-RAM
CHAPTER 13

IN RE:

JAVIER A. OROZCO
and GEORGINA M. OROZCO,
    Debtors.
_____/

## NOTICE OF WITHDRAWAL OF DEBTORS' OBJECTION TO CLAIM NO. 9 FILED BY PRA RECEIVABLES MANAGEMENT, LLC, AS AGENT OF PORTFOLIO RECOVERY ASSOCIATES, LLC

    MICHAEL A. FRANK, Attorney for the Debtors, JAVIER and GEORGINA OROZCO, hereby file this Notice of Withdrawal of Debtors' Objection to Claim No. 9 by PRA Receivables Management, LLC, as agent of Portfolio Recovery Associates, LLC, [ECF 81].

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1 (A)and that a true and correct copy of this Notice of Withdrawal was sent by email to Nancy Herkert, Trustee at e2c8f01@ch13herkert.com and regular mail to PRA Receiveables Management, LLC, as agent of Portfolio Recovery Associates, Post Office Box 41067, Norfolk, VA 23541,  PRA Receiveables Management, LLC, as agent of Portfolio Recovery Associates, Post Office Box 12914, Norfolk, VA 23541, PRA Receivables Management, LLC, Attn: Nrai Services, Inc., Registered Agent, 2731 Executive Park Drive, Suite 4, Weston, FL 33331,  Citibank, a/k/a CitiGroup Inc., Attn: Vikram Pandit, CEO, 399 Park Avenue, New York, NY 10043-0001, this 13th day of July 2011.

    LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
      & RODOLFO H. DE LA GUARDIA, JR.
    Attorneys for the Debtor(s)
    Suite 620 • Union Planters Bank Building
    10 Northwest LeJeune Road
    Miami, FL 33126-5431
    Telephone (305) 443-4217
    Facsimile (305) 443-3219

    By  /s/ Michael A. Frank
      Michael A. Frank
      Florida Bar No. 339075