

**ORDERED in the Southern District of Florida on July 25, 2011.**

_____
**Robert A. Mark, Judge
United States Bankruptcy Court**

_____

```
            UNITED STATES BANKRUPTCY COURT
             SOUTHERN DISTRICT OF FLORIDA
                 www.flsb.uscourts.gov


                              CASE NO.: 09-34626-BKC-RAM
                              PROCEEDINGS UNDER CHAPTER 13
IN RE:

JAVIER ANTONIO OROZCO

GEORGINA M OROZCO


_____/
```

**ORDER GRANTING TRUSTEE'S MOTION TO DISMISS CHAPTER 13 CASE**

   THIS CASE came on to be heard on July 12, 2011     upon the Trustee's Motion to Dismiss Chapter 13 Case, and based on the record it is ORDERED as follows:

   1.  The Trustee's Motion to Dismiss Chapter 13 Case is granted and this case is hereby dismissed with prejudice to the Debtor(s) filing any bankruptcy proceedings for a period of six (6) months from the date hereof.

   2.  Any funds remaining in the possession of the Standing Chapter 13 Trustee, either in a pre-confirmation or post-confirmation account, shall be utilized by the Chapter 13

Trustee to be applied to the payment of any outstanding filing fees or other costs due to the Clerk of Court with respect to the subject Chapter 13 proceeding. The Trustee is hereby authorized to disburse such funds, less all applicable Trustee's fees and costs on each such disbursement. If the Trustee does not have sufficient funds available to pay the balance due in full on behalf of the Debtor(s), the Debtor(s) shall forthwith pay directly to the Clerk of the United States Bankruptcy Court any amount due and owing on said filing fees or other costs.

3. All pending motions be, and the same are hereby, denied as moot.

4. All motions to reopen or reinstate Chapter 13 cases and motions to rehear, reconsider or vacate orders dismissing Chapter 13 cases shall only be scheduled for hearing conditioned upon (i) the Debtor's attorney attaching to the motion a certificate which states the Debtor has tendered to the attorney all funds required to be paid under the Debtor's Chapter 13 plan to bring the plan current and that said funds are in the attorney's trust account, or (ii) the pro se Debtor attaching to the motion a photocopy of the cashiers check(s), made payable to the Chapter 13 Trustee, which will be tendered to the Chapter 13 Trustee to bring the plan current if the motion(s) is/are heard and the Court reopens or reinstates the Chapter 13 case.

5. If the certification or photocopies required in Paragraph 4 of this order are attached to the motion(s), the motions to reopen or reinstate Chapter 13 cases, and motions to rehear, reconsider, or vacate orders dismissing Chapter 13 cases shall be scheduled for hearing before the respective Bankruptcy Judge at the monthly Chapter 13 calendar.

6. If the certification or photocopies required in Paragraph 4 of this order are not attached to the motion(s), the

motions to reopen or reinstate Chapter 13 cases, and motions to rehear, reconsider or vacate orders dismissing Chapter 13 cases will be denied without further notice or hearing.

7. The clerk of the court is directed to refuse to accept for filing any future voluntary petitions submitted by this debtor(s) if refiling violates a prior order of the court if the petition is accompanied by an Application to Pay Filing and Administrative Fees in Installments and filing fees remain due from any previous case filed by the debtor(s).

###

```
STANDING CHAPTER 13 TRUSTEE
NANCY N. HERKERT, ESQUIRE
PO BOX 279806
MIRAMAR, FL 33027-9806

JAVIER ANTONIO OROZCO
GEORGINA M OROZCO
DEBTOR(s)
4300 SW 67 AVE #10
MIAMI, FL 33155


MICHAEL A. FRANK, ESQUIRE
DEBTOR(S) ATTORNEY
UNION PLANTERS BNK BLDG #620
10 NW LEJEUNE RD
MIAMI, FL 33126-5431
```