UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:                                    CASE NO. 09-34626-BKC-RAM

                                          CHAPTER 13

JAVIER A. OROZCO
and GEORGINA M. OROZCO
        Debtors.
_____/

## DEBTORS' MOTION FOR REINSTATEMENT OF CHAPTER 13 BANKRUPTCY

The Debtors, JAVIER and GEORGINA OROZCO, move this Honorable Court for

an Order Granting Re-Hearing of the dismissal entered and reinstating the Chapter 13

Bankruptcy and state:

1.      An Order dismissing the case was entered on July 25, 2011.

2.      **The undersigned certifies that no monies are due under the Debtors'**

**Chapter 13 plan at this time and the Debtors intends to remain current in all**

**future payments.**

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern
District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in
Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Herkert,
Trustee @ e2c8f01@ch13herkert.com and those set forth in the NEF, this 27th day of July 2011, and this
Motion and an upcoming Notice of Hearing will be served via email on a separate Certificate of Service to
those set forth in the NEF and by regular mail to all creditors.

LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
& RODOLFO H. DE LA GUARDIA, JR.
Attorneys for the Debtor
Suite 620 • Union Planters Bank Building
10 Northwest LeJeune Road
Miami, FL 33126-5431
Telephone (305) 443-4217

By  /s/ Michael J. Brooks_____
     Michael J. Brooks
     Florida Bar No. 434442