ORDERED in the Southern District of Florida on _Aug 16, 2011_

Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

JAVIER ANTONIO OROZCO                    CASE NO: 09-34626-BKC-RAM

GEORGINA M OROZCO

                DEBTOR(S)
_____/

ORDER REINSTATING CHAPTER 13 CASE

This matter came to be heard on  August 16, 2011    , on the debtor's motion to reinstate case.  The court, if applicable, has entered an order reoping the case and the debtor has paid all required reopening fees.  Base on the record, it is

ORDERED as follows:

1) The motion is granted and this case is REINSTATED.  Pursuant to 11 U.S.C. ss. 362(c)(2)(B), the automatic stay termininated on the date this case was dismissed and was not in effect from that date until the entry of this order.
2) The Trustee's Final Report, if any filed, is deemed withdrawn the Order Discharging Trustee, if entered, is deemed vacated.

3) the following checked provisions(s) also apply:

[ ] The case was dismissed before the ss. 341 meeting of creditors was held.  A new ss. 341 meeting of creditors and confirmation hearing shall be set and noticed to all parties of record by the Clerk of Court.  The notice shall also establish a new deadline to file proofs of claims and deadline to file a motion objecting to discharge under ss. 1328(f) or to file a complaint objecting to dischargeability of certain debts.

Page 1 of 2

LF-66 (rev 04/29/2011)

[ ] This case was dismissed after the ss. 341 meeting of creditors was
conducted but prior to or at the hearing on confirmation.
(If applicable) A further ss. 341 meeting will be conducted on
                    at              at 51 SW First Avenue, Room 102, Miami
Florida.   A new confirmation hearing is scheduled for
at              in courtroom 1406 at 51 SW First Avenue, Miami, Florida.
The deadline to file a motion objecting to discharge under
ss 1328 (f) or to file a complaint objecting to dischargeability
of certain debts, is            . The deadline for filing
claims (except for governmental units) is                    .
Previously filed claims need not be refiled.

[ ] This case was dismissed after the ss. 341 meeting of creditors and
after the expiration of the deadline to file a motion objecting to
discharge under ss. 1328(f) or to file a complaint objecting to
dischargeability of certain debts and the origianl deadline to file
claims, but prior to or at the hearing on confirmation.  No new
deadlines shall be reset.   (If applicable) A further ss. 341
meeting will be conducted on                         at
51 SW First Avenue, Room 102, Miami, Florida.  A new confirmation
hearing is scheduled for                    at
in courtroom 1406, at 51 SW First Avenue, Miami, Florida.

[X] This case was dismissed after the ss. 341 meeting of creditors and
confirmation hearing and expiration of the deadline to file a motion
objecting to discharge under ss. 1328(f) or to file a complaint
objecting to dischargeabilaity of certain debts and the original
claims bar date.  No new ss. 341 meeting, confirmation hearing, or
dedalines shall be set, and the case shall proceed in the normal
course under the confirmed plan.

[X] If this box is checked, the following provision applies:

As a condition of reinstatement of this case and in order to provide
protection of creditors' vested interests, in the event of conversion
to another chapter or dismissal of this reinstated case prior to
confirmation, all plan payments made to the trustee prior to entry of
an order of conversion or dismissal shall be paid to adminstrative,
secured, and priority creditors pursuant to the terms of the last
filed plan, less any fees and costs, and not returned to the debtor.

### ###

Copies to:
All parties of record by the Clerk of Court