

## ORDERED in the Southern District of Florida on August 19, 2011.

                                                      Robert A. Mark, Judge
                                         United States Bankruptcy Court

___

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

IN RE:  
JAVIER A. OROZCO  
and GEORGINA MALDONADO  
    Debtors  
_____/

CASE NO. 09-34626-BKC-RAM  
CHAPTER 13

### ORDER CONTINUING DEBTORS' OBJECTION TO CLAIM NO. 2 FILED <u>BY CITIBANK N.A., AS TRUSTEE FOR THE STUDENT LOAN CORP</u>

THIS CAUSE having come on to be heard at 9:00 a.m., on August 16, 2011, on the Debtors' Objection to Claim No. 2 filed by Citibank, N.A., as Trustee for the Student Loan Corp., and based upon the record, it is,

**ORDERED**:

1. The Debtor's Objection to Claim No.2 by Citibank, N.A., as, is continued to <u>September 13, 2011, at 9:00 a.m.,</u> at the Claude Pepper Federal Building, 51 Southwest 1st Avenue, Miami, FL 33130, Courtroom 1406.

###

**Submitted by:**  
Michael A. Frank, Esquire  
10 Northwest LeJeune Road, Suite 620  
Miami, FL 33126  
Tel: (305) 443-4217  
Fax: (305) 443-3219  
e-mail: Pleadings@bkclawmiami.com

**Copies furnished to:**  
Michael A. Frank, Esquire  
Nancy Herkert, Trustee  
American Student Assistance  
Citibank, N.A., Attn: Vikram Pandit, CEO

Attorney, Michael A. Frank, is directed to mail a conformed copy of this Order to all interested parties.