


**ORDERED in the Southern District of Florida on September 15, 2011.**

**Robert A. Mark, Judge**
**United States Bankruptcy Court**

---

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-34626-BKC-RAM

CHAPTER 13

IN RE:

JAVIER A. OROZCO
and GEORGINA MALDONADO,
Debtors.
____________________/

**ORDER SUSTAINING DEBTORS' OBJECTION TO CLAIM NO. 2 FILED BY CITIBANK, N.A., AS TRUSTEE FOR THE STUDENT LOAN CORPORATION BEHALF OF AMERICAN STUDENT ASSISTANCE**

THIS CAUSE having come on to be heard at 9:00 a.m., on September 13, 2011, on the Debtors' Objection to Claim 2 filed by Citibank, N.A., as Trustee for the Student Loan Corporation behalf of American Student Assistance, this Court having heard argument of counsel and based upon the record, it is,

**ORDERED**:

1. Claim No. 2 filed by Citibank, N.A., as Trustee for the Student Loan Corporation behalf of American Student Assistance, as a secured claim, in the amount of $16,839.02, is STRICKEN, as this claim is being treated outside the Debtors' Plan.

2. The Trustee, Nancy Herkert, is not responsible from obtaining any money back from the creditor.

###

**Submitted by:**
Michael A. Frank, Esquire
10 Northwest LeJuene Road, Suite 620
Miami, FL 33126
Telephone (305) 443-4217
Facsimile (305) 443-3219
Email- Pleadings@bkclawmiami.com

Copies furnished to:
Michael A. Frank, Esquire
Nancy Herkert, Trustee
American Student Assistance, Creditor
Citibank, N.A., Attn: Vikram Pandit, CEO

Attorney, Michael A. Frank, is directed to mail a conformed copy of this Order to all interested parties immediately upon receipt.