UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 09-34626-BKC-RAM
CHAPTER 13

IN RE:

JAVIER A. OROZCO
and GEORGINA M. OROZCO,
    Debtors.
                                 /

## DEBTORS' MOTION TO MODIFY CHAPTER 13 PLAN

The Debtors, JAVIER and GEORGINA OROZCO, by and through their undersigned attorney, move this Honorable Court for an Order allowing modification of the Chapter 13 Plan, and state:

1.    The Debtors filed for Chapter 13 Bankruptcy Code on November 8, 2009.

2.    The Debtors proposes to modify their Chapter 13 Plan to conform to the Order Granting Motion to Value Collateral of HSBC Bank Nevada, N.A./Best Buy Co., Inc., [D.E. 62] and to provide for 100% distribution to allowed unsecured creditors. .

3.    The Debtors are current under their proposed First Modified Chapter 13 Plan, a copy of which is attached hereto.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent via email to Nancy Herkert, Trustee at e2c8f01@ch13herkert.com and all others set forth in the NEF, this 11th day of May 2012 and this Motion and an upcoming Notice of Hearing will be served on a separate Certificate of Service via email to those set forth in the NEF and by regular mail to Javier and Georgina Orozco, Debtors, 4300 Southwest 67th Avenue, Unit 10, Miami, FL 33155 and to all creditors.

                                                    LAW OFFICES OF MICHAEL J. BROOKS, MICHAEL A. FRANK
                                                              & RODOLFO H. DE LA GUARDIA, JR.
                                                              Attorneys for the Debtor
                                                              Suite 620 • Union Planters Bank Building
                                                              10 Northwest LeJeune Road
                                                              Miami, FL 33126-5431
                                                              Telephone    (305) 443-4217
                                                              Facsimile     (305) 443-3219

                                                              By:    /s/ Michael A. Frank
                                                                      Michael A. Frank
                                                                      Florida Bar No. 339075