UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA
SECOND MODIFIED **CHAPTER 13 PLAN** (Individual Adjustment of Debts)

DEBTOR: **JAVIER ANTONIO OROZCO**   JOINT DEBTOR: **GEORGINA M. OROZCO**
CASE NO. **09-34626-BKC-RAM**

Last four digits of SS No. 8450          Last four digits of SS No. 2682

**MONTHLY PLAN PAYMENT**: Including Trustee's fee of 10% and beginning thirty (30) days from filing/conversion date. Debtor(s) to pay to the Trustee for the period of **60** months. In the event the Trustee does not collect the full 10%, any portion not collected will be paid to creditors pro-rata under the plan.

A. **$920.37** for months **1** to **29**, Paid in Prior Plan;
B. **$983.33** for month **30**, beginning **May 8, 2012**;
C. **$1,135.39** for month **31** to **60**, beginning **June 8, 2012**; in order to pay the following creditors:

**Administrative**: Attorney's Fees: $6,525.00; Paid Fees: $2,500.00; Balance Due: $3,500.00 (+) $525.00 = $4,025.00 (-) $3,500.00 = $525.00; payable $120.69/mo. (Mos. 1 to 29) Paid in Prior Plan and $525.00/mo. (Mo. 30)
**Secured Creditors**: [Retain Liens pursuant to 11 U.S.C. § 1325(a)(5)]
**Mortgage(s)/Liens on Real or Personal Property**

**NONE**

IF YOU ARE A SECURED CREDITOR LISTED BELOW, THE PLAN SEEKS TO VALUE THE COLLATERAL SECURING THE CLAIM IN THE AMOUNT INDICATED. A SEPARATE MOTION (UTILIZING LOCAL FORM MOTION TO VALUE COLLATERAL IN PLAN) WILL ALSO BE SERVED ON YOU PURSUANT TO BR 7004 and LR 3015-3

1. **INDYMAC MORTGAGE (Acct #1009517028)** - The value of the homestead property is $117,625.00. The payoff of the first mortgagee Indymac is $127,466.84. Therefore, as there is no equity after the first mortgage, the second mortgage due to Indymac Mortgage in the amount of $31,512.25 will be stripped off and avoided.

2. **GMAC** - The automobile lease with this creditor for the **2008 SATURN VUE** is assumed and shall be paid outside the Chapter 13 Plan.

3. **HSBC BANK NEVADA (Claim #11 DE#62)** - VALUE OF PERSONAL PROPERTY: $1,000.00 @ 5.25% = $1,136.00, payable at $0.00/mo. (Mos. 1 to 29) Paid in Prior Plan and $300.00/mo. (Mo. 30) & $27.89/mo. (Mos. 31 to 60)

**Priority Creditors**: [As defined in 11 U.S.C. Section 507]

**NONE**

**Unsecured Creditors**: Payable: $722.18/mo. (Mos. 1 to 29)Paid in Prior Plan and $60.00/mo. (Mo. 30)& $993.96/mo. (Mos. 31 to 60). Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date. The Debtor will modify the Chapter 13 Plan to increase the amounts to be paid in to provide for a 100% distribution to allowed unsecured claims.

LF-31 (rev. 06/02/08)

**OTHER PROVISIONS:** **INDYMAC MORTGAGE (Acct #10095117208)** - The mortgage account with this creditor will be treated outside the Chapter 13 Plan.

Dated: July 8, 2012

**CERTIFICATE OF MAILING**

    I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court set forth in Local Rule 2090-1(A) and that a true and correct copy of the foregoing was sent by e-mail to Nancy Herkert at e2c8f01@ch13herkert.com and those set forth in the NEF and regular mail to all creditors this 8th day of July, 2012.

                                        THE BANKRUPTCY RESOURCE CENTER
                                        Attorneys for Debtor(s)
                                        10 N.W. LeJeune Road, Suite 620
                                        Miami, FL  33126-5431
                                        (305) **443-4217**
                                        Pleadings@bkclawmiami.com


                                        By /s/_____
                                              Michael J. Brooks
                                              Florida Bar No. 434442

LF-31 (rev. 06/02/08)