UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:                                    PROCEEDING UNDER CHAPTER 13
                                          CASE NO.: 09-34626-BKC-RAM
JAVIER ANTONIO OROZCO
GEORGINA M OROZCO
            DEBTOR(S)
_____/

NOTICE OF DELINQUENCY

**PLEASE TAKE NOTICE** the above-referenced Debtor(s) are delinquent
in Confirmed Chapter 13 Plan Payments in the amount of $  3,289.78 .

The Debtor(s) shall have forty-five (45) days from the date
of this Notice to make all payments due under the Confirmed Plan/
Modified Plan including any payments that become due within the forty-
five (45) day period, in the form of a money order or cashier's
check only.  Payments must be sent to:


P.O. Box 2099, Memphis, TN 38101-2099


If the Trustee does not receive all payments by October 30, 2014
to bring the Debtor totally current under the Confirmed Plan, or if
applicable, a Motion to Modify has not been timely filed and set within
fifteen (15) days of this Notice pursuant to the Confirmation Order,
the Trustee shall file and serve a Report of Non-Compliance.

As a result of the Debtor(s) failure to comply, the case shall
be dismissed with prejudice to the filing any bankruptcy proceeding
for a period of 180 days from entry of the Order of Dismissal without
further notice or hearing.

I HEREBY CERTIFY that a true and correct copy of the foregoing
Notice of Delinquency was mailed to those parties on the attached
service list on September 10, 2014.

                          NANCY K. NEIDICH, ESQUIRE
                          STANDING CHAPTER 13 TRUSTEE
                          POST OFFICE BOX 279806
                          MIRAMAR, FL  33027-9806
                          TELEPHONE: (954) 443-4402
                          Fla. Bar No. 441856


                          By:   _/s_____
                                NANCY K. NEIDICH, ESQUIRE


COPIES FURNISHED TO:
SEE ATTACHED SERVICE LIST

**SERVICE LIST**

**Debtor(s)**
JAVIER ANTONIO OROZCO & GEORGINA M OROZCO
4300 SW 67 AVE #10
MIAMI, FL  33155

**Attorney for Debtor(s)**
MICHAEL A. FRANK, ESQUIRE
UNION PLANTERS BNK BLDG #620
10 NW LEJEUNE RD
MIAMI, FL 33126-5431